RINEY & MAYFIELD
W. Heath Hendricks, SBN: 24055651
320 South Polk Street, Suite 600
Amarillo, Texas 79101
Telephone:  (806) 468-3200
Facsimile:  (806) 376-4509
Email: hhendricks@rineymayfield.com

          -and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
ATTORNEYS FOR RABO AGRIFINANCE LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CARLENE VERDLE BEAUCHAMP | § | Case No. 20-20270-RLJ-11 |
| | § | |
| *Debtor.* | § | |

## ENTRY OF APPEARANCE OF COUNSEL
## FOR RABO AGRIFINANCE, LLC

TO THE HONORABLE COURT:

        W. HEATH HENDRICKS of the firm of RINEY & MAYFIELD LLP, enters his

appearance as counsel of record for Defendant RABO AGRIFINANCE, LLC, f/k/a RABO

AGRIFINANCE, INC. in this action:

W. Heath Hendricks
 Texas Bar No. 24055651
 hhendricks@rineymayfield.com
RINEY & MAYFIELD LLP
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas 79101
(806) 468-3200; Fax (806) 376-4509

MICHAEL R. JOHNSON of the firm of RAY QUINNEY & NEBEKER P.C., 36 South State

Street, Suite 1400, Salt Lake City, Utah 84111 will serve as attorney in charge for Defendant

RABO AGRIFINANCE, LLC, f/k/a RABO AGRIFINANCE, INC. W. Heath Hendricks

requests that he receive all future communications from the Court and other parties.

Respectfully submitted,

RINEY & MAYFIELD LLP
 W. Heath Hendricks
 TBN 24055651
 hhendricks@rineymayfield.com
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas 79101
(806) 468-3200; Fax (806) 376-4509


By_____/s/ W. Heath Hendricks_____
          W. Heath Hendricks

COUNSEL FOR DEFENDANT
RABO AGRIFINANCE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2020, the above *Entry of Appearance of Counsel for Defendant Rabo AgriFinance, LLC* was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to the following electronic filing users in this case:

Mr. David R. Langston                                   *VIA ECF*
    drl@mhba.com
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
    *ATTORNEYS FOR DEBTORS GIBSON FARMS,*
    *NATURE'S WAY COMPOST, LLC, GIBSON*
    *INVESTMENTS AND WENDELL AND PAULA GIBSON*

Mr. Max Ralph Tarbox                                    *VIA ECF*
    max@tarboxlaw.com
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
    *ATTORNEYS FOR DEBTOR*
    *CARLENE VERDLE BEAUCHAMP*

Mr. Michael R. Johnson                                  *VIA ECF*
    MJohnson@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
    *COUNSEL FOR DEFENDANT*
    *RABO AGRIFINANCE, LLC*

Ms. Donna Webb                                          *VIA ECF*
    donnawebb@usdoj.gov
U.S. ATTORNEY'S OFFICE
1100 Commerce Street, Suite 300
Dallas, Texas 75242
    *COUNSEL FOR U.S. SMALL*
    *BUSINESS ADMINISTRATION*

U.S. TRUSTEE'S OFFICE                                   *VIA USPS MAIL*
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

                  */s/ W. Heath Hendricks*
                    W. Heath Hendricks