Max R. Tarbox; SBN: 19639950
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448; fax: (806) 368-9785
*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Carlene Verdie Beauchamp, | § | Case No. 20-20270-rlj-11 |
| | § | |
| *Debtor.* | § | |
| | § | |

**CERTIFICATE OF SERVICE**
**NOTICE OF MEETING OF CREDITORS MAILED TO MAILING MATRIX**

I, Max R. Tarbox, do hereby certify that a true and correct copy of the Debtor's *Notice of Meeting of Creditors*, was served by either court enabled electronic service or regular first class U. S. mail upon the following listed parties on the 13th day of October 2020:

1. U. S. Trustee's Office
   1100 Commerce, Room 976
   Dallas, Texas 75242

2. All parties in interest registered with the
   U. S. Bankruptcy Court to receive electronic
   notices in this case.

3. All creditors and parties in interest
   listed on the attached mailing matrix.

Respectfully submitted,

TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
806/686-4448; 806/368-9785 (FAX)

By: /s/ Max R. Tarbox
    Max R. Tarbox
    SBN: 19639950
    *Attorney for Debtor*