| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 20-20270-11<br>Northern District of Texas<br>Amarillo<br>Mon Oct  5 15:37:07 CDT 2020 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 |
| 205 East Fifth Street, Room 201D<br>Amarillo, TX 79101-1559 | Amarillo Family Physicians<br>1215 Coulter<br>Amarillo, TX 79106-1761 | Citi Bank<br>PO BOX 9001037<br>Louisville, KY 40290-1037 |
| Happy State Bank<br>101 N. Dumas Ave<br>Dumas, TX 79029-2434 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Open Air Imaging<br>7400 Wallace Blvd.<br>Amarillo, TX 79106-1818 |
| Rabo Agrifinance<br>PO Box 411995<br>Saint Louis, MO 63141-1995 | Syncb/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | TD Bank USA/Target Cred<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | U.S. Attorney General<br>U.S. Department of Justice<br>10th & Pennsylvania Ave<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>1205 Texas Ave.  Room 700<br>Lubbock, TX 79401-4029 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Carlene Verdie Beauchamp<br>PO Box 1896<br>Dumas, TX 79029-1896 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17